**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8316**

ADELSON MICHEL,

                    Plaintiff - Appellant,

          v.

RAYMOND A. COSTABILE, Medical Doctor at Virginia Ambulatory
Surgery Center; KATHLEEN HWANG, Medical Doctor at Virginia
Ambulatory Surgery Center,

                    Defendants - Appellees.


Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Glen E. Conrad, District
Judge.  (7:08-cv-00533-gec-mfu)


Submitted:  March 12, 2009          Decided:  March 17, 2009


Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.


Affirmed by unpublished per curiam opinion.


Adelson Michel, Appellant Pro Se.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adelson Michel appeals the district court's order dismissing under 28 U.S.C. § 1915A(b) (2006) his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Michel v. Costabile, No. 7:08-cv-00533-gec-mfu (W.D. Va. Oct. 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2